No. 875. Stokes v. Travelers Insurance Co. C. A. 5th Cir. Certiorari denied. *Neal P. Rutledge* for petitioner.

No. 883. Smith v. United States. C. A. 5th Cir. Certiorari denied. *Charles W. Tessmer* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 888. Storer Broadcasting Co. et al. v. United States. C. A. 5th Cir. Certiorari denied. *George W. Yancey* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States.

No. 890. Brengle v. Newman, doing business as Newman Krause Co. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Paul H. Schmidt* and *Benjamin E. Buente* for respondent.

No. 893. Shepard et ux. v. Cal-Nine Farms. C. A. 9th Cir. Certiorari denied. *Allan K. Perry* for petitioners. *Charles Averette Carson, III,* for respondent.

No. 904. E. V. Prentice Machinery Co. et al. v. Associated Plywood Mills, Inc. C. A. 9th Cir. Certiorari denied. *J. Pierre Kolisch* and *Moe M. Tonkon* for petitioners. *Manley B. Strayer* and *Cleveland C. Cory* for respondent.

No. 916. The Ellen S. Bouchard et al. v. Cargill, Inc. C. A. 2d Cir. Certiorari denied. *Roman Beck* for petitioners. *Horace T. Atkins* for respondent.